## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

**ROGER W. TITUS**  
**UNITED STATES DISTRICT JUDGE**

**6500 CHERRYWOOD LANE**  
**GREENBELT, MARYLAND 20770**  
**301-344-0052**

## M E M O R A N D U M

TO: Counsel of Record

FROM: Judge Roger W. Titus

RE: *Casa de Maryland, et al., v. United States Dept. of Homeland Security, et al.*
Civil No. RWT-17-2942

DATE: December 11, 2017

\* \* \* \* \* \* \* \* \*

Defendants filed a Motion to Dismiss or, in the Alternative, for Summary Judgment. *See* ECF No. 27. Plaintiffs have responded in opposition. *See* ECF No. 29. Defendants have replied in support of their original Motion. *See* ECF No. 30. A hearing on the Motion is currently scheduled for December 15, 2017 at 9:30 a.m.

Pursuant to Fed. R. Civ. P. 56(f), the Court is providing notice that it may grant summary judgment for the nonmovants.

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

/s/  
Roger W. Titus  
United States District Judge