UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CASA DE MARYLAND, *et al.*,<br><br>        *Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>        *Defendants*. | No. 17-cv-2942 (RWT) |

## JOINT STATUS REPORT

Pursuant to the Court's March 12, 2018 Order, ECF No. 46, the parties, having conferred, jointly and respectfully notify the Court that they have reached an agreement regarding the scope of the injunction entered by the Court on March 5, 2018.

Without waiving any objections to the Court's March 5, 2018 Order, ECF No. 43, and reserving their rights to any appeal, the parties jointly and respectfully request that the fourth paragraph of the Court's March 5, 2018 Order be amended to read as follows:

> **ORDERED**, that DHS and USCIS are **ENJOINED** to comply with the policy, first announced in 2012 (and as set forth in the response to archived USCIS DACA FAQ No. 19 and the Form I-821D instructions and policies referenced therein) (collectively, the "Policy") restricting the use or sharing of information provided by DACA requestors; except that (1) the language in the Policy specifying that it "may be modified, superseded, or rescinded at any time without notice" is hereby **ENJOINED** pending further order of this Court or relief on appeal; and (2) any requests for deviation from this Order **SHALL BE SUBMITTED** on a case-by-case basis to this Court for **IN-CAMERA REVIEW**.

Dated: March 14, 2018        Respectfully submitted,

                                            CHAD A. READLER
                                            Acting Assistant Attorney General

BRETT A. SHUMATE
Deputy Assistant Attorney General

JENNIFER D. RICKETTS
Director

JOHN R. TYLER
Assistant Branch Director

*/s/ Kathryn C. Davis*
KATHRYN C. DAVIS
RACHAEL L. WESTMORELAND
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, DC 20530
Phone: (202) 616-8298
Fax: (202) 616-8470
Email: Kathryn.C.Davis@usdoj.gov

*Counsel for Defendants*


*/s/ John A. Freedman*
John A. Freedman (D. Md. 20276)
Gaela Gehring Flores (D. Md. 14559)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC  20001-3743
(202) 942-5000
John.Freedman@apks.com

Elizabeth J. Bower (pro hac vice)
Kevin B. Clark (D. Md. 04771)
Priya Aiyar (pro hac vice)
WILLKIE FARR & GALLAGHER LLP
1875 K Street NW
Washington, DC 20006-1238
(202) 303-1000
EBower@willkie.com

Matthew K. Handley (D. Md. 18636)
Dennis A. Corkery (D. Md. 19076)
WASHINGTON LAWYERS'

COMMITTEE FOR CIVIL RIGHTS AND
URBAN AFFAIRS
11 Dupont Circle, Suite 400
Washington, DC 20036
(202) 319-1000
matthew_handley@washlaw.org
dennis_corkery@washlaw.org

Ajmel Quereshi (D. Md. 28882)
HOWARD UNIVERSITY SCHOOL OF
LAW CIVIL RIGHS CLINIC
2900 Van Ness Street, NW
Washington, DC 20008
(202) 806-8000
aquereshi@law.howard.edu

*Counsel for Plaintiffs*