**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| CASA DE MARYLAND, THE COALITION FOR HUMANE IMMIGRANT RIGHTS, FAIR IMMIGRATION MOVEMENT, ONE AMERICA, PROMISE ARIZONA, MAKE THE ROAD PENNSYLVANIA, MICHIGAN UNITED, ARKANSAS UNITED COMMUNITY COALITION, JUNTA FOR PROGRESSIVE ACTION, INC., ANGEL AGUILUZ, ESTEFANY RODRIGUEZ, HEYMI ELVIR MALDONADO, NATHALY URIBE ROBLEDO, ELISEO MAGES, JESUS EUSEBIO PEREZ, JOSUE AGUILUZ, MISSAEL GARCIA, JOSE AGUILUZ, MARICRUZ ABARCA, ANNABELLE MARTINES HERRA, MARIA JOSELINE CUELLAR BALDELOMAR, BRENDA MORENO MARTINEZ, LUIS AGUILAR, J.M.O., a minor child, ADRIANA GONZALES MAGOS, next of friend to J.M.O., A.M., a minor child, and ISABEL CRISTINA AGUILAR ARCE, next of friend to A.M., | Civil Case No. 17-cv-2942 (RWT)  Electronically Filed |
| Plaintiffs, | |
| v. | |
| U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, U.S. CUSTOMS AND BORDER PROTECTION, DONALD J. TRUMP, JEFFERSON BEAUREGARD SESSIONS III, ELAINE C. DUKE, JAMES W. MCCAMENT, THOMAS D. HOMAN, KEVIN K. MCALEENAN, and UNITED STATES OF AMERICA, | |
| Defendants. | |

## **NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs in the above-named case hereby appeal to the United States Court of Appeals for the Fourth Circuit from this Court's Memorandum Opinion (ECF No. 42) of March 5, 2018 and Amended Order (ECF No. 49) of March 15, 2018: and Memorandum and Order (ECF No. 28) of November 21, 2017 granting in part Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment; ordering that summary judgment is granted in favor of Defendants on all claims other than Plaintiffs' estoppel claim as it pertains to DACA's information-sharing policy; and adjudging and declaring that the DACA Rescission Memo is valid and constitutional in all respects.

Dated: April 27, 2018                                                     Respectfully submitted,

   /s/ John A. Freedman

| | |
|---|---|
| Matthew K. Handley (D. Md. 18636)<br>Dennis A. Corkery (D. Md. 19076)<br>WASHINGTON LAWYERS'<br>  COMMITTEE FOR CIVIL RIGHTS AND<br>  URBAN AFFAIRS<br>11 Dupont Circle, Suite 400<br>Washington, DC 20036<br>(202) 319-1000<br>matthew_handley@washlaw.org<br>dennis_corkery@washlaw.org<br><br>Elizabeth J. Bower[†]<br>Kevin B. Clark (D. Md. 04771)<br>Priya Aiyar[†]<br>WILLKIE FARR & GALLAGHER LLP<br>1875 K Street, NW<br>Washington, DC 20006-1238<br>EBower@willkie.com<br><br>Nicholas Katz (pro hac vice forthcoming)<br>CASA DE MARYLAND<br>8151 15th Ave.<br>Hyattsville, MD 20783<br>(240) 491-5743<br>NKatz@wearecasa.org<br><br>[†]*Appearing* pro hac vice | John A. Freedman (D. Md. 20276)<br>Gaela Gehring Flores (D. Md.14559)<br>Ronald A. Schechter[†]<br>Nancy L. Perkins[†]<br>Jeremy Karpatkin (pro hac vice forthcoming)<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>601 Massachusetts Ave., NW<br>Washington, DC 20001-3743<br>(202) 942-5000<br>John.Freedman@arnoldporter.com<br><br>Steven L. Mayer (pro hac vice forthcoming)<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>10th Floor<br>Three Embarcadero Center<br>San Francisco, CA 94111-4024<br>+1 415.471.3100<br><br>Emily Newhouse Dillingham (pro hac vice forthcoming)<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>70 W. Madison St., Suite 4200<br>Chicago, IL 60602-4231<br>(312) 583-2435<br>emily.dillingham@arnoldporter.com<br><br>Ajmel Quereshi (D. Md. 28882)<br>HOWARD UNIVERSITY SCHOOL OF<br>  LAW CIVIL RIGHS CLINIC<br>2900 Van Ness Street, NW<br>Washington, DC 20008<br>(202) 806-8000<br>aquereshi@law.howard.edu<br><br>*Attorneys for Plaintiffs* |

2