# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

CHAMBERS OF
PAUL W. GRIMM
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
(301) 344-0670
(301) 344-3910 FAX

July 16, 2020

RE: *Casa de Maryland et al. v. DHS et al.*, 17-cv-2942-PWG

## <u>LETTER ORDER</u>

Dear Parties,

Please be advised the Court has rescheduled the telephone status conference call to **July 24, 2020 at 2:30 pm**. Parties are directed to dial in on the designated date and time. The dial in information is as follows:

**Dial-In Number: (877) 848-7030**
**Access Code: 9549728**
**Participant Password: 072420**

Although informal, this is an Order of the Court and shall be docketed as such.

Sincerely,

_____/S/_____

Paul W. Grimm
United States District Judge