# EXHIBIT A

| Department of Homeland Security | Form I-797C, Notice of Action |
|---|---|
| U.S. Citizenship and Immigration Services | |

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Rejection Notice | July 03, 2020 |

| CASE TYPE | USCIS ALIEN NUMBER |
|---|---|
| I-821D, Consideration of Deferred Action for Childhood Arrivals | |

| RECEIPT NUMBER | RECEIVED DATE | DATE OF BIRTH | PAGE |
|---|---|---|---|
| | June 29, 2020 | | 1 of 1 |

**APPLICANT/PETITIONER NAME AND MAILING ADDRESS**

C/O TAMARA A. FRENCH
4632 2ND AVE
DETROIT, MI 48201

This is in reference to the I-821D, Consideration of Deferred Action for Childhood Arrivals, you submitted. Your I-821D, fees, and any supporting documentation is being returned to you for the following reason(s):

USCIS is no longer accepting initial requests for Consideration of Deferred Action for Childhood Arrivals (Form I-821D) and accompanying applications for Employment Authorization (Form I-765) and Form I-765 Worksheets (I-765WS) from individuals who have never before been granted deferred action under DACA.

If you submitted a G-1450 Authorization for Credit Card Transaction, your submitted G-1450 has been destroyed.

If you have questions, please visit the USCIS Contact Center at www.uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

If you have any questions or comments regarding this notice or the status of your case, please contact the USCIS Contact Center.

You will be notified separately about any other case you may have filed.

| USCIS OFFICE ADDRESS | USCIS CONTACT CENTER NUMBER |
|---|---|
| USCIS | (800)375-5283 |
| P. O. Box 5757 | ATTORNEY COPY |
| Chicago, IL 60680-5757 |  |

TRN# 1020067774270    BIN# 1902211