IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CASA DE MARYLAND, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> *Defendants*. | No. 8:17-cv-2942-PWG |

**NOTICE**

Defendants respectfully notify the Court and the Plaintiffs that, earlier today, the Department of Homeland Security issued a memorandum on the following subject: "Reconsideration of the June 15, 2012 Memorandum Entitled 'Exercising Prosecutorial Discretion with Respect to Individuals Who Came to the United States as Children.'" That memorandum is attached to this filing as Exhibit 1.

Dated: July 28, 2020

Respectfully submitted,

DAVID M. MORRELL
Deputy Assistant Attorney General

BRAD P. ROSENBERG
Assistant Branch Director

*/s/  Rachael L. Westmoreland*
RACHAEL L. WESTMORELAND (GA Bar #539498)
STEPHEN M. PEZZI
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW

Washington, DC 20005
Phone: (202) 514-1280
Fax: (202) 616-8470
Email: Rachael.westmoreland@usdoj.gov

*Counsel for Defendants*