| | |
|---|---|
| **From:** | Bower, Elizabeth |
| **To:** | Pezzi, Stephen (CIV) |
| **Cc:** | Rosenberg, Brad (CIV); Westmoreland, Rachael (CIV); Schechter, Ronald A.; Dennis_Corkery@washlaw.org |
| **Subject:** | RE: Casa de Maryland - Draft Joint Motion for an Extension/Modification |
| **Date:** | Wednesday, July 29, 2020 4:34:38 PM |

Thank you for confirming.  Plaintiffs do oppose the requested relief.

**Elizabeth Bower**
**Willkie Farr & Gallagher LLP**
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1252 | Fax: +1 202 303 2252
ebower@willkie.com | vCard | www.willkie.com bio

Willkie Compliance Concourse - The latest legal and enforcement developments, trends, and thinking. App Download Instructions

**From:** Pezzi, Stephen (CIV) [mailto:Stephen.Pezzi@usdoj.gov]
**Sent:** Wednesday, July 29, 2020 3:39 PM
**To:** Bower, Elizabeth <EBower@WILLKIE.COM>
**Cc:** Rosenberg, Brad (CIV) <Brad.Rosenberg@usdoj.gov>; Westmoreland, Rachael (CIV) <Rachael.Westmoreland@usdoj.gov>; Schechter, Ronald A. <Ronald.Schechter@arnoldporter.com>; Dennis_Corkery@washlaw.org
**Subject:** RE: Casa de Maryland - Draft Joint Motion for an Extension/Modification

*** EXTERNAL EMAIL ***

Ms. Bower,

I am disappointed to hear that.  In any case, we still intend to request this relief from the Court.  I will plan to note in our motion that Plaintiffs oppose.  If you could please confirm by close of business today, I would appreciate it.

Sincerely,

**Stephen M. Pezzi**
Trial Attorney
United States Department of Justice
Civil Division - Federal Programs Branch
1100 L Street NW
Washington, DC 20005
(202) 305-8576 | stephen.pezzi@usdoj.gov

**From:** Bower, Elizabeth <EBower@WILLKIE.COM>
**Sent:** Wednesday, July 29, 2020 12:57 PM
**To:** Pezzi, Stephen (CIV) <spezzi@CIV.USDOJ.GOV>

**Cc:** Rosenberg, Brad (CIV) <BRosenbe@civ.usdoj.gov>; Westmoreland, Rachael (CIV) <rwestmor@CIV.USDOJ.GOV>; Schechter, Ronald A. <Ronald.Schechter@arnoldporter.com>; Dennis_Corkery@washlaw.org
**Subject:** RE: Casa de Maryland - Draft Joint Motion for an Extension/Modification

Stephen,

Thank you for the message. Plaintiffs are not amenable to this approach. If anything, the issuance of the Wolf Memorandum underscores the need to move this proceeding along faster, rather than extending deadlines. While we hope that we can reach some agreement on the information requests we provided Monday, we are prepared to move forward with a status report to Judge Grimm on Friday with or without agreement and propose an expedited briefing schedule on Plaintiffs' motion for order to show cause.

Thanks,
Liz


**Elizabeth Bower**
**Willkie Farr & Gallagher LLP**
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1252 | Fax: +1 202 303 2252
ebower@willkie.com | vCard | www.willkie.com bio

---

**Willkie Compliance Concourse -** The latest legal and enforcement developments, trends, and thinking. App Download Instructions

---

**From:** Pezzi, Stephen (CIV) [mailto:Stephen.Pezzi@usdoj.gov]
**Sent:** Wednesday, July 29, 2020 11:22 AM
**To:** Bower, Elizabeth <EBower@WILLKIE.COM>; Schechter, Ronald A. <Ronald.Schechter@arnoldporter.com>; Dennis_Corkery@washlaw.org
**Cc:** Rosenberg, Brad (CIV) <Brad.Rosenberg@usdoj.gov>; Westmoreland, Rachael (CIV) <Rachael.Westmoreland@usdoj.gov>
**Subject:** Casa de Maryland - Draft Joint Motion for an Extension/Modification

*** EXTERNAL EMAIL ***

Dear Ms. Bower,

As I previewed on our phone call yesterday afternoon, attached is a draft of a joint motion (and proposed order) that would give us some additional time, and slightly modify our status-report obligation, as a result of the change in circumstances caused by the issuance of the Wolf Memorandum yesterday afternoon. If you are amenable to this approach, if possible, I would love to file this (or something like it) by close of business today, given our quickly approaching deadline.

As I explained over the phone yesterday, I'm hopeful that some additional cushion will allow both

sides some more time to consider the significance of the Wolf Memorandum for further proceedings in this case, and will make it more likely that we are able to reach meaningful agreements before we report back to Judge Grimm.

We look forward to your thoughts. I am available to discuss over the phone at any time today, if you have any questions or concerns.

Sincerely,

**Stephen M. Pezzi**
Trial Attorney
United States Department of Justice
Civil Division - Federal Programs Branch
1100 L Street NW
Washington, DC 20005
(202) 305-8576 | stephen.pezzi@usdoj.gov

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.