UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF**<br>**PAUL W. GRIMM**<br>**UNITED STATES DISTRICT JUDGE** | **6500 CHERRYWOOD LANE**<br>**GREENBELT, MARYLAND 20770**<br>**(301) 344-0670**<br>**(301) 344-3910 FAX** |

July 14, 2020

RE: Casa de Maryland v. Department of Homeland Security et al
    PWG 17-cv-2942

**LETTER ORDER**

Dear Parties:

     Please be advised the Court has scheduled telephone status conference call on **July 31, 2020 at 4:00pm.** Parties are directed to dial in on the designated date and time. The dial in information is as follows:

**Dial-In Number: (877) 848-7030**
**Access Code: 9549728**
**Participant Password: 073120**

     Although informal, this is an Order of the Court and shall be docketed as such.

Sincerely,

/S/

Paul W. Grimm
United States District Judge

ast