

**U.S. Department of Justice**

Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005

July 30, 2020

**VIA ECF**

The Honorable Paul W. Grimm
United States District Judge
6500 Cherrywood Lane
Greenbelt, Maryland 20770

    Re:   *Casa de Maryland, et al. v. DHS, et al.*, Civil No. PWG-17-2942

Dear Judge Grimm:

    Defendants write to respectfully seek clarification regarding whether, in light of Defendants' motion of yesterday, ECF No. 103, and the Court's Letter Order of this morning, ECF No. 104, which set a status conference for tomorrow afternoon, the parties are still expected to file a joint status report no later than close of business tomorrow.

    Before filing this letter, counsel for Defendants conferred with counsel for Plaintiffs, who reported that Plaintiffs do not join in this request for clarification.

                           Respectfully submitted,

                           DAVID M. MORRELL
                           Deputy Assistant Attorney General

                           BRAD P. ROSENBERG
                           Assistant Branch Director

                           <u>/s/   *Stephen M. Pezzi*</u>
                           STEPHEN M. PEZZI
                           RACHAEL L. WESTMORELAND
                           Trial Attorneys
                           United States Department of Justice
                           Civil Division, Federal Programs Branch
                           1100 L Street NW
                           Washington, DC 20005
                           Phone: (202) 305-8576
                           Fax: (202) 616-8470
                           Email: stephen.pezzi@usdoj.gov

                           *Attorneys for Defendants*