# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

CASA DE MARYLAND, *et al.*,

> *Plaintiffs*,

v.

U.S. DEPARTMENT OF HOMELAND
SECURITY, *et al.*,

> *Defendants*.

Civil No. PWG-17-2942

## JOINT PROPOSED BRIEFING SCHEDULE

Pursuant to the Court's July 31, 2020 Order, the parties, having conferred, jointly propose the following briefing schedule for Plaintiffs' forthcoming motion for an order to show cause:

- **August 14, 2020**: Plaintiffs' motion (not to exceed 20 pages)

- **August 28, 2020**: Defendants' opposition (not to exceed 20 pages)

- **September 4, 2020**: Plaintiffs' reply (not to exceed 10 pages)

A joint proposed order is attached.

Dated: August 4, 2020

/s/  *Elizabeth J. Bower*
Elizabeth J. Bower (*pro hac vice*)
Kevin B. Clark (D. Md. 04771)
Willkie Farr & Gallagher LLP
1875 K Street, N.W.
Washington, DC  20006
Tel: (202) 303-1000
ebower@willkie.com

John A. Freedman (D. Md. 20276)
Ronald A Schechter (*pro hac vice*)
Nancy L. Perkins (*pro hac vice*)
Emily Dillingham (*pro hac vice)*
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., N.W.
Washington, DC  20001-3743
Tel: (202) 942-5000
John.Freedman@arnoldporter.com

Dennis A. Corkery (D. Md. 19076)
Washington Lawyers' Committee for Civil
Rights and Urban Affairs
700 14th Street NW, Suite 400
Washington, DC  20005
Tel: (202) 319-1000
Dennis_Corkery@washlaw.org

*Attorneys for Plaintiffs*

Respectfully submitted,

DAVID M. MORRELL
Deputy Assistant Attorney General

BRAD P. ROSENBERG
Assistant Branch Director

/s/   *Stephen M. Pezzi*
STEPHEN M. PEZZI
RACHAEL L. WESTMORELAND
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 305-8576
Fax: (202) 616-8470
Email: stephen.pezzi@usdoj.gov

*Attorneys for Defendants*

2