IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CASA DE MARYLAND, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> *Defendants*. | Civil No. PWG-17-2942 |

## [PROPOSED] ORDER

Upon consideration of the parties' joint proposed briefing schedule, and the entire record herein, it is hereby

**ORDERED** that the following schedule shall govern briefing on Plaintiffs' forthcoming motion for an order to show cause:

- **August 14, 2020**: Plaintiffs' motion (not to exceed 20 pages)
- **August 28, 2020**: Defendants' opposition (not to exceed 20 pages)
- **September 4, 2020**: Plaintiffs' reply (not to exceed 10 pages)

**SO ORDERED**.

DATE:

_____
Paul W. Grimm
United States District Judge