# EXHIBIT A

| | |
|---|---|
| **From:** | Wright, Abby (CIV) <Abby.Wright@usdoj.gov> |
| **Sent:** | Wednesday, May 22, 2019 4:50 PM |
| **To:** | Freedman, John A.; Pulham, Thomas (CIV) |
| **Cc:** | Dillingham, Emily |
| **Subject:** | Mandate |

External E-mail

Dear John and Emily,

I hope this email finds you well. I wanted to reach out and let you know that we plan to file a motion to stay the mandate pending our cert petition in Casa de Maryland by next Friday. We will ask for the entire mandate to be stayed, but, as you know, that would only have effect as to the areas in which the decision is broader than the injunctions (on plaintiffs' consent, DDC stayed its order as to new applications and advance parole, so the Fourth Circuit's decision would be the first to change the status quo with respect to the injunctions). We are writing to get your position on that motion. Please let me know at your convenience.

Thanks! Abby


Abby Wright
Assistant Director
U.S. Department of Justice, Civil Division, Appellate Staff
(202) 514-0664

---

**From:** Freedman, John A.
**Sent:** Wednesday, July 11, 2018 9:52 AM
**To:** Wright, Abby (CIV) ; Pulham, Thomas (CIV)
**Cc:** Dillingham, Emily
**Subject:** RE: Casa de Maryland

Abby --

Thanks very much for sending. This looks fine to us.

Best regards,

John

---

**From:** Wright, Abby (CIV) [mailto:Abby.Wright@usdoj.gov]
**Sent:** Wednesday, July 11, 2018 8:37 AM
**To:** Freedman, John A.; Pulham, Thomas (CIV)
**Cc:** Dillingham, Emily
**Subject:** RE: Casa de Maryland

1

Dear John,

I've attached here the motion we plan to file this morning. Please let me know if you have any concerns. Thanks! Abby


Abby Wright
Attorney
U.S. Department of Justice, Civil Division, Appellate Staff
(202) 514-0664

**From:** Freedman, John A. [mailto:John.Freedman@arnoldporter.com]
**Sent:** Tuesday, July 10, 2018 10:37 AM
**To:** Wright, Abby (CIV) <AWright@civ.usdoj.gov>; Pulham, Thomas (CIV) <thpulham@CIV.USDOJ.GOV>
**Cc:** Dillingham, Emily <Emily.Dillingham@arnoldporter.com>
**Subject:** RE: Casa de Maryland

Thanks Abby --

That sounds good to us.

Best regards,

John

**From:** Wright, Abby (CIV) [mailto:Abby.Wright@usdoj.gov]
**Sent:** Tuesday, July 10, 2018 10:32 AM
**To:** Freedman, John A.; Pulham, Thomas (CIV)
**Cc:** Dillingham, Emily
**Subject:** RE: Casa de Maryland

Dear John,

That is fine with us. We can style it as a motion to modify the briefing and include both our brief and yours.

Best,
Abby


Abby Wright
Attorney
U.S. Department of Justice, Civil Division, Appellate Staff
(202) 514-0664

**From:** Freedman, John A. [mailto:John.Freedman@arnoldporter.com]
**Sent:** Tuesday, July 10, 2018 10:23 AM
**To:** Pulham, Thomas (CIV) <thpulham@CIV.USDOJ.GOV>

**Cc:** Dillingham, Emily <Emily.Dillingham@arnoldporter.com>; Wright, Abby (CIV) <AWright@civ.usdoj.gov>
**Subject:** RE: Casa de Maryland

Tom --

We are fine with increasing your brief to 18,000 words, but we would ask for a proportionate increase in our response and reply brief -- up to 15,300 words. Is that acceptable?

Thanks,

John

---

**From:** Pulham, Thomas (CIV) [mailto:Thomas.Pulham@usdoj.gov]
**Sent:** Friday, July 06, 2018 11:44 AM
**To:** Freedman, John A.
**Cc:** Dillingham, Emily; Wright, Abby (CIV)
**Subject:** Casa de Maryland

John,

We are planning to file a motion for permission to file an overlength brief in the Casa de Maryland appeal. As you are aware, your brief presented many distinct and complex issues, ranging from procedural to statutory to constutional claims of error. In addition to responding to these arguments, the government must also address the district court's nationwide injunction. Given these facts, we believe a modest increase in the length of the brief to 18,000 words is appropriate. Could you let me know your clients' position on this request?

Thanks,

Tom

Thomas Pulham
Civil Appellate Staff
U.S. Department of Justice
202-514-4332

---

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.
_____
For more information about Arnold & Porter, click here:
http://www.arnoldporter.com

---

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.
_____

For more information about Arnold & Porter, click here:
http://www.arnoldporter.com

___

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

_____
For more information about Arnold & Porter, click here:
http://www.arnoldporter.com