# EXHIBIT B

| | |
|---|---|
| **From:** | Bower, Elizabeth |
| **Sent:** | Monday, July 27, 2020 6:10 PM |
| **To:** | 'stephen.pezzi@usdoj.gov'; 'brad.rosenberg@usdoj.gov'; 'rachael.westmoreland@usdoj.gov' |
| **Cc:** | Schechter, Ronald A.; Dennis_Corkery@washlaw.org |
| **Subject:** | Casa de Maryland, et al. v. DHS, et al.; Case No. 8:17 cv 02942 PWG |

Stephen, Brad, and Rachael,

Pursuant to Judge Grimm's order from Friday and to facilitate a meet and confer as to areas of agreement, below please find Plaintiffs' information requests in furtherance of a show cause motion on the Defendants' response to the Supreme Court and Fourth Circuit rulings.  In light of the requirement to report to Judge Grimm by COB Friday as to a deadline for the production and areas of disagreement, please let me your availability for a call to discuss these items on Wednesday, July 29.

Thank you,
Liz

1. The memorialization of the decision(s) reached as to how to handle initial DACA applications and advance parole requests by DACA recipients after (i) the Supreme Court decision; and (ii) the Fourth Circuit mandate issued.

2.  Information sufficient to identify (i) how the decision referenced in Item 1 was communicated to/within USCIS and (ii) the basis/reason for not publicly announcing the decision.

3.  Information sufficient to identify whether any steps were taken to implement the Fourth Circuit decision after the Supreme Court decision and if so, identify what steps were taken.

4.  The guidance or instructions provided to USCIS staff, including field offices and agents, regarding (a) the handling, processing, or treatment of initial DACA applications, (b) the handling, processing, or treatment of applications by DACA recipients for advance parole, and (c) the issuance of acknowledgements or notices of receipt of new DACA applications after (i) the Supreme Court decision; and (ii) the Fourth Circuit mandate issued.

5.  Information sufficient to identify whether decision(s) were made not to provide acknowledgements or notices of receipt of initial DACA applications after (i) the Supreme Court decision; or (ii) the Fourth Circuit mandate issued; and if so, (iii) the memorialization of the decision(s).

6.  The number of initial DACA applications and requests for advance parole from DACA recipients received, along with the number acknowledged (via issuance of receipt notice to the applicant), the number rejected, and the number still being held, after (i) the Supreme Court decision; and (ii) the Fourth Circuit mandate issued.

7.  The number of rejection letters sent to initial DACA applicants where the stated reason for the denial was that USCIS is no longer accepting initial DACA applications after (i) the Supreme Court decision; and (ii) the Fourth Circuit mandate issued.

8.  The length of time it took USCIS and ICE to update information on their websites to address the following events:  (i) the September 5, 2017 rescission of DACA; (ii)  the January 9, 2018 injunction issued by the Northern District of California; and (iii) the February 13, 2018 injunction issued by the Eastern District of New York.

9.  Information sufficient to explain why USCIS did not include updated information about the Supreme Court decision or Fourth Circuit mandate when it released its updated website on July 21, 2020 and the memorialization of the decision(s).

10.  Information sufficient to explain why USCIS did not remove the statement that it is not accepting initial DACA applications from its website (i) after the Supreme Court decision; (ii) after the Fourth Circuit mandate issued; or (iii) with the rollout of its website update as of July 21, 2020.

**Elizabeth Bower**
**Willkie Farr & Gallagher LLP**
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1252 | Fax: +1 202 303 2252
ebower@willkie.com | vCard | www.willkie.com bio

---

**Willkie Compliance Concourse -** The latest legal and enforcement developments, trends, and thinking. App Download Instructions