# EXHIBIT 2

| | |
|---|---|
| **From:** | Bower, Elizabeth |
| **To:** | Pezzi, Stephen (CIV) |
| **Cc:** | Thorp, Galen (CIV); Westmoreland, Rachael (CIV); dennis_corkery@washlaw.org; John.Freedman@apks.com |
| **Subject:** | RE: Casa de Maryland v DHS, 17-2942-PWG (D. Md.) - Mot. for Leave to File Two-Page Sur-Reply |
| **Date:** | Wednesday, September 09, 2020 10:25:13 AM |

Dear Mr. Pezzi,

Thank you for your message.  Plaintiffs do not consent to the requested relief in your anticipated motion for leave to file a sur-reply as unwarranted under the circumstances.  The GAO Report cited by Plaintiffs to which Defendants seek to respond was not released until after Plaintiffs' filing deadline on its Motion for Order to Show Cause, and, therefore, could not have been addressed in the Motion.  By contrast, the GAO Report states that Defendants were first made aware of questions concerning Acting Secretary Wolf's authority in December 2019.  We do not understand why Defendants failed to bring this to the Court's attention prior to the public release of the GAO Report.

If Defendants are granted an opportunity to submit additional argument on this point, Plaintiffs respectfully request an opportunity to respond.  We request that you include our position as stated here in your motion for leave.

Thank you,
Liz


**Elizabeth Bower**
**Willkie Farr & Gallagher LLP**
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1252 | Fax: +1 202 303 2252
ebower@willkie.com | vCard | www.willkie.com bio

---

Willkie Compliance Concourse - The latest legal and enforcement developments, trends, and thinking. App Download Instructions

---

**From:** Pezzi, Stephen (CIV) <Stephen.Pezzi@usdoj.gov>
**Sent:** Tuesday, September 8, 2020 5:10 PM
**To:** Bower, Elizabeth <EBower@WILLKIE.COM>; John.Freedman@apks.com; dennis_corkery@washlaw.org
**Cc:** Thorp, Galen (CIV) <Galen.Thorp@usdoj.gov>; Westmoreland, Rachael (CIV) <Rachael.Westmoreland@usdoj.gov>
**Subject:** Casa de Maryland v DHS, 17-2942-PWG (D. Md.) - Mot. for Leave to File Two-Page Sur-Reply

*** EXTERNAL EMAIL ***

Dear Ms. Bower:

Defendants intend to file, no later than tomorrow by noon, a motion for leave to file a two-page

sur-reply in the above-captioned matter.  The purpose of the sur-reply is to respond to your accusation, raised for the first time in your reply brief, that Defendants showed a "remarkable . . . lack of candor" by failing to "disclose" what you refer to as the "fact" of Acting Secretary Wolf's service under the Federal Vacancies Reform Act.

Please let us know, no later than tomorrow morning, your position on Defendants' forthcoming motion.

Sincerely,

**Stephen M. Pezzi**
Trial Attorney
United States Department of Justice
Civil Division - Federal Programs Branch
1100 L Street NW
Washington, DC 20005
(202) 305-8576 | stephen.pezzi@usdoj.gov

**Important Notice:**  This email message is intended to be received only by persons entitled to receive the confidential information it may contain.  Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged.  Please do not read, copy, forward or store this message unless you are an intended recipient of it.  If you have received this message in error, please forward it back.  Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.