IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CASA DE MARYLAND, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 8:17-cv-02942 (RWT)<br>) |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, | )<br>)<br>) |
| Defendants. | )<br>) |

### JOINT STATUS REPORT

Pursuant to the Court's February 26, 2021 Order, ECF No. 129, the parties, having conferred, hereby submit the following joint status report:

1. As explained in Defendants' January 21, 2021 Notice, ECF No. 128, a recent memorandum issued by the President of the United States orders that "[t]he Secretary of Homeland Security, in consultation with the Attorney General, shall take all actions he deems appropriate, consistent with applicable law, to preserve and fortify DACA."

2. Consistent with that Presidential Memorandum, the Department of Homeland Security has publicly stated that it intends to issue a Notice of Proposed Rulemaking proposing a new regulation concerning DACA. Statement by Homeland Security Secretary Mayorkas on DACA (Mar. 26, 2021), https://www.dhs.gov/news/2021/03/26/statement-homeland-security-secretary-mayorkas-daca. The United States has also announced its position that DACA is lawful. *See* Suppl. Br., *Texas v. United States*, No. 1:18-cv-68 (S.D. Tex. Apr. 9, 2021), ECF No. 569.

3. The Parties have been discussing, and will continue to discuss, several open issues. These issues include: (1) what Plaintiffs consider to be significant delays in the processing of

- 2 -

initial requests for DACA; and (2) whether Plaintiffs' anticipated request for attorneys' fees can be resolved without motions practice.

      4.  The Parties agree that there is no need for the Court to take any action at this time.

      5.  Pursuant to the Court's February 26, 2021 Order, the Parties will submit another joint status report in 45 days.

Dated: April 12, 2021	Respectfully submitted,

/s/  *John A. Freedman*
John A. Freedman (D. Md. No. 20276)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Tel: (202) 942-5000
John.Freedman@arnoldporter.com

Dennis A. Corkery (D. Md. No. 19076)
WASHINGTON LAWYERS' COMMITTEE FOR CIVIL RIGHTS AND URBAN AFFAIRS
700 14th Street, NW, Suite 400
Washington, DC 20005
Tel: 202-319-1000
dennis_corkery@washlaw.org

Elizabeth J. Bower (D. Md. No. 21666)
Kyle A. Mathews (pro hac vice)
WILLKIE FARR & GALLAGHER LLP
1875 K Street NW
Washington, DC 20006
Tel: (202) 303-1000
Fax: (202) 303-2000
ebower@willkie.com
kmathews@willkie.com

Nicholas Katz (pro hac vice)
CASA DE MARYLAND
8151 15th Ave.
Hyattsville, MD 20783
Tel: 9240) 491-5743
NKatz@wearecasa.org

*Attorneys for Plaintiffs*

- 4 -

BRIAN M. BOYNTON
Acting Assistant Attorney General

BRAD P. ROSENBERG
Assistant Branch Director

 /s/   *Stephen M. Pezzi*
GALEN N. THORP (D. Md. 813831)
  Senior Trial Counsel
STEPHEN M. PEZZI (D. Md. 813691)
RACHAEL L. WESTMORELAND
   (D. Md. 807639)
  Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 305-8576
Fax: (202) 616-8470
Email: stephen.pezzi@usdoj.gov

*Counsel for Defendants*