IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CASA DE MARYLAND, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> *Defendants*. | Civil No. PWG-17-2942 |

### JOINT STATUS REPORT

Pursuant to the Court's February 26, 2021 and April 15, 2021 Orders, ECF Nos. 129, 131, the parties, having conferred, hereby submit the following joint status report:

1. As explained in their April 12, 2021 joint status report, ECF No. 130, the parties have been discussing whether Plaintiffs' anticipated request for attorneys' fees can be resolved without the need for motions practice.

2. Since that filing, Plaintiffs have made a fee demand from Defendants, explaining Plaintiffs' position that they are entitled to a significant award of attorney's fees under the Equal Access to Justice Act (EAJA), and that a fee petition for such an award would be timely.

3. Although Defendants maintain their position that there is no legal basis for any award of any attorney's fees in this case, and that any future fee petition under EAJA would be untimely, Defendants are currently preparing a response to Plaintiffs' demand, in the interest of ascertaining whether the matter can be resolved without the need for court involvement.

4. The parties also continue to discuss what Plaintiffs consider to be significant delays in the processing of initial requests for DACA.

5. The parties agree that there is no need for the Court to take any action at this time.

6. Pursuant to the Court's February 26, 2021 Order, the parties will file another joint status report on or before July 12, 2021.

Dated: May 28, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

BRAD P. ROSENBERG
Assistant Branch Director

 /s/   *Stephen M. Pezzi*
GALEN N. THORP (D. Md. 813831)
  Senior Trial Counsel
STEPHEN M. PEZZI (D. Md. 813691)
RACHAEL L. WESTMORELAND
   (D. Md. 807639)
  Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 305-8576
Fax: (202) 616-8470
Email: stephen.pezzi@usdoj.gov

*Counsel for Defendants*


*/s/ John A. Freedman*
John A. Freedman (D. Md. No. 20276)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Tel: (202) 942-5000
John.Freedman@arnoldporter.com

Dennis A. Corkery (D. Md. No. 19076)
WASHINGTON LAWYERS' COMMITTEE FOR
CIVIL RIGHTS AND URBAN AFFAIRS
700 14th Street, NW, Suite 400
Washington, DC 20005
Tel: 202-319-1000
dennis_corkery@washlaw.org

Elizabeth J. Bower (D. Md. No. 21666)
Kyle A. Mathews (pro hac vice)
WILLKIE FARR & GALLAGHER LLP

2

1875 K Street NW
Washington, DC 20006
Tel: (202) 303-1000
Fax: (202) 303-2000
ebower@willkie.com
kmathews@willkie.com

Nicholas Katz (pro hac vice)
CASA DE MARYLAND 8151 15th Ave.
Hyattsville, MD 20783
Tel: 9240) 491-5743
NKatz@wearecasa.org

*Attorneys for Plaintiffs*

3