UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CASA DE MARYLAND, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> *Defendants*. | Civil No. PWG-17-2942 |

## JOINT STATUS REPORT

Pursuant to the Court's February 26, 2021 and June 2, 2021 Orders, ECF Nos. 129, 133, the parties, having conferred, hereby submit the following joint status report:

1. As explained in their previous joint status reports, ECF Nos. 130, 132, the parties have been discussing whether Plaintiffs' anticipated request for attorneys' fees can be resolved without the need for motions practice.

2. Plaintiffs have made a fee demand from Defendants, explaining Plaintiffs' position that they are entitled to a significant award of attorney's fees under the Equal Access to Justice Act (EAJA), and that a fee petition for such an award would be timely.

3. Although Defendants maintain their position that there is no legal basis for any award of any attorney's fees in this case, and that any future fee petition under EAJA would be untimely, Defendants are currently preparing a response to Plaintiffs' demand, in the interest of ascertaining whether the matter can be resolved without the need for court involvement.

4. The parties also continue to discuss what Plaintiffs consider to be significant delays in the processing of initial requests for DACA.

5. The parties agree that there is no need for the Court to take any action at this time.

6. Pursuant to the Court's February 26, 2021 Order, the parties will file another joint status report on or before August 26, 2021.

Dated: July 12, 2021                           Respectfully submitted,

                                               BRIAN M. BOYNTON
                                               Acting Assistant Attorney General

                                               BRAD P. ROSENBERG
                                               Assistant Branch Director

                                               /s/   *Stephen M. Pezzi*
                                               GALEN N. THORP (D. Md. 813831)
                                                 Senior Trial Counsel
                                               STEPHEN M. PEZZI (D. Md. 813691)
                                               RACHAEL L. WESTMORELAND
                                                  (D. Md. 807639)
                                                 Trial Attorneys
                                               United States Department of Justice
                                               Civil Division, Federal Programs Branch
                                               1100 L Street NW
                                               Washington, DC 20005
                                               Phone: (202) 305-8576
                                               Fax: (202) 616-8470
                                               Email: stephen.pezzi@usdoj.gov

                                               *Counsel for Defendants*

/s/ *John A. Freedman*
John A. Freedman (D. Md. No. 20276)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Tel: (202) 942-5000
John.Freedman@arnoldporter.com

Dennis A. Corkery (D. Md. No. 19076)
WASHINGTON LAWYERS' COMMITTEE FOR
CIVIL RIGHTS AND URBAN AFFAIRS
700 14th Street, NW, Suite 400
Washington, DC 20005
Tel: 202-319-1000
dennis_corkery@washlaw.org

Elizabeth J. Bower (D. Md. No. 21666)
Kyle A. Mathews (pro hac vice)
WILLKIE FARR & GALLAGHER LLP
1875 K Street NW
Washington, DC 20006
Tel: (202) 303-1000
Fax: (202) 303-2000
ebower@willkie.com
kmathews@willkie.com

Nicholas Katz (pro hac vice)
CASA DE MARYLAND 8151 15th Ave.
Hyattsville, MD 20783
Tel: 9240) 491-5743
NKatz@wearecasa.org

*Attorneys for Plaintiffs*