IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CASA DE MARYLAND, *et. al.*, | |
| Plaintiffs, | |
| v. | Case No.: 17-cv-2942-PWG |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et. al.,* | |
| Defendants. | |

# ORDER

Upon consideration of Plaintiffs' Unopposed Motion for Extension of Time to File Motion for Reasonable Attorneys' Fees. It is so ORDERED that

Plaintiffs' Motion for Attorneys' Fees shall be filed on or before October 8, 2021

Defendant's Opposition to that Motion shall be filed on or before November 10, 2021

Plaintiffs' reply shall be filed on or before November 24, 2021.


Dated: September 24, 2021      /S/
                          _____
                          PAUL W GRIMM
                          United States District Judge

1