UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CASA DE MARYLAND, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> *Defendants*. | Civil No. PWG-17-2942 |

**JOINT STATUS REPORT**

Pursuant to the Court's February 26, 2021 Order, ECF No. 129, the parties, having conferred, hereby submit the following joint status report:

1. Pursuant to the briefing schedule set forth in the Court's September 24, 2021 Order, ECF No. 140, the parties are currently briefing the question of whether and to what extent Plaintiffs are entitled to an award of attorneys' fees under the Equal Access to Justice Act.

2. Plaintiffs are continuing to assess the impact of the decision and permanent injunction on the subject of DACA issued by the United States District Court for the Southern District of Texas and will contact the Court in the event there is need for Court action before the next status report is due. *See Texas v. United States*, No. 1:18-cv-000068, 2021 WL 3022434, 2021 WL 3025857 (S.D. Tex. July 16, 2021).

3. On September 28, 2021, Defendant Department of Homeland Security issued a notice of proposed rulemaking regarding DACA. *See* Deferred Action for Childhood Arrivals, 86 Fed. Reg. 53736 (Sep. 28, 2021). Plaintiffs are assessing the impact of this proposed rulemaking, if any, on further proceedings in this case and will contact the Court in the event there is need for Court action before the next status report is due.

4. Absent further direction from the Court, the parties will continue to file joint status reports every 45 days, as required by the Court's February 26, 2021 Order.

Dated: October 8, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

BRAD P. ROSENBERG
Assistant Branch Director

 /s/   Stephen M. Pezzi
GALEN N. THORP (D. Md. 813831)
 Senior Trial Counsel
STEPHEN M. PEZZI (D. Md. 813691)
 Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 305-8576
Fax: (202) 616-8470
Email: stephen.pezzi@usdoj.gov

*Counsel for Defendants*

*/s/ Elizabeth J. Bower*
John A. Freedman (D. Md. No. 20276)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Tel: (202) 942-5000
John.Freedman@arnoldporter.com

Dennis A. Corkery (D. Md. No. 19076)
WASHINGTON LAWYERS' COMMITTEE FOR
CIVIL RIGHTS AND URBAN AFFAIRS
700 14th Street, NW, Suite 400
Washington, DC 20005
Tel: 202-319-1000
dennis_corkery@washlaw.org

Elizabeth J. Bower (D. Md. No. 21666)
Kyle A. Mathews (pro hac vice)
WILLKIE FARR & GALLAGHER LLP
1875 K Street NW
Washington, DC 20006
Tel: (202) 303-1000
Fax: (202) 303-2000
ebower@willkie.com
kmathews@willkie.com

*Attorneys for Plaintiffs*

3